**2016–1820.   Columbus Bar Assn. v. Lindner.**
Sua sponte, Kristina Marie Lindner, Attorney Registration No. 0088516, last known business address

in Dublin, Ohio, found in contempt for failure to surrender her attorney-registration card and failure to file an affidavit of compliance on or before July 21, 2017.